```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   **v.**                       **Crim. Action No.: 1:21CR27-10**
                                              **(Judge Kleeh)**

**NATHANIEL LEE WILLIAMS,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 119] ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On August 5, 2021, the Defendant, Nathaniel Lee Williams ("Williams"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count Twenty-Five of the Indictment, charging him with Possession with Intent to Distribute Five Grams or More of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii). Williams stated that he understood that the magistrate judge is not a United States District Judge, and Williams consented to pleading before the magistrate judge. This Court referred Williams's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and

**USA v. WILLIAMS**                                                    1:21-CR-27

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 119],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Williams's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Williams was competent to enter a plea, that the plea was freely and voluntarily given, that Williams was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea.  The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 119] finding a factual basis for the plea and recommending that this Court accept Williams's plea of guilty to Count Twenty-Five of the Indictment.

The magistrate judge **remanded** Defendant to the custody of the United States Marshals Service, to be returned to the custody of the State of West Virginia.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R.  He further advised that failure to file objections would result in a waiver of the right to appeal from a

**USA v. WILLIAMS**                                                                                    1:21-CR-27

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 119],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

judgment of this Court based on the R&R.  Neither Williams nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 119], provisionally **ACCEPTS** Williams's guilty plea, and **ADJUDGES** him **GUILTY** of the crime charged in Count Twenty-Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1.  The Probation Officer shall undertake a presentence investigation of Williams, and prepare a presentence investigation report for the Court;

2.  The Government and Williams shall each provide their narrative descriptions of the offense to the Probation Officer by **September 9, 2021;**

3.  The presentence investigation report shall be disclosed to Williams, his counsel, and the Government on or before **November 8, 2021;** however, the Probation Officer shall not disclose any

**USA v. WILLIAMS**                                                                                          1:21-CR-27

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 119], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **November 22, 2021;**

5. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **December 6, 2021;** and

6. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **December 6, 2021.**

The Court further **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Williams on **December 16, 2021,** at **11:00 a.m.,** at the **Clarksburg, West Virginia** point of holding court.  If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please

4

**USA v. WILLIAMS**                                                                                   1:21-CR-27

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 119],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: August 27, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE
